DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
WRENL BURGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-cr-00266 LJO |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING SCHEDULE AND HEARING AND ORDER |
| WRENL BURGE, | |
| Defendant. | Date: May 20, 2011<br>Time: 8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing currently set for Friday, May 6, 2011, **may be continued to Friday, May 20, 2011, at 8:30 a.m.**

This continuance is requested because defense counsel has a conflict and will not be available on the date now set. Assistant United States Attorney, Michele L. Thielhorn, does not oppose this request. The requested continuance will provide for continuity of counsel and will conserve time and resources for both counsel and the Court.

Further, the parties agree that informal objections may be filed on **May 6, 2011**; formal objections may be filed on **April 22, 2011.**

///

///

|||||
|---|---|---|---|
| | | BENJAMIN B. WAGNER<br>United States Attorney | |
| DATED: April 15, 2011 | By | /s/ Michele L. Thielhorn<br>MICHELE L. THIELHORN<br>Assistant United States Attorney<br>Attorney for Plaintiff | |
| | | DANIEL J. BRODERICK<br>Federal Defender | |
| DATED: April 15, 2011 | By | /s/ Jeremy S. Kroger<br>JEREMY S. KROGER<br>Assistant Federal Defender<br>Attorney for Defendant<br>WRENL BURGE | |

**O R D E R**

IT IS SO ORDERED.

**Dated:   April 15, 2011**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE